United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORA MACK,

        Plaintiff,

        v.

DENIS MCDONOUGH,

        Defendant.

Case No.  25-cv-05191-SK

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

        The parties filed their joint case management statement for the upcoming Case Management Conference.  Defendant did not propose a case schedule, arguing instead that the Court should wait until after the pending motion to dismiss is heard.  However, the Court intends to set the case schedule at the Case Management Conference.  Therefore, the Court CONTINUES the Case Management Conference to May 18, 2026.  In their updated joint case management statement due by May 11, 2026, the parties shall propose a complete case schedule from the close of fact discovery through to trial.  If Defendant fails to propose a case schedule, the Court will impose one without Defendant's input.

        **IT IS SO ORDERED**.

Dated: May 5, 2026

_____
SALLIE KIM
United States Magistrate Judge